EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Miguel A. Rivera Medina | 2002 TSPR 49<br><br>156 DPR _____ |

Número del Caso: TS-7054


Fecha: 5/abril/2002


Comisión de Reputación para el Ejercicio de la Abogacía:
                        Lcda. Belén M. Guerrero Calderón
                        Presidenta

                        Lcdo. Alcides Oquendo Solís
                        Procurador Especial


Oficina del Procurador General:
                        Lcda. Yvonne Casanova Pelosi
                        Procuradora General Auxiliar

                        Lcda. Minnie H. Rodríguez López
                        Procuradora General Auxiliar


Abogado de la Parte Querellada:
                        Lcdo. Jesús Manuel Rosario Félix



Materia: Solicitud de Reinstalación




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Rivera Medina                TS-7054

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Rivera Medina

RESOLUCION

San Juan, Puerto Rico, 5 de abril de 2002.

Evaluada la petición de reinstalación presentada por el querellado, Miguel A. Rivera Medina, el Informe de la Comisión de Reputación de este Tribunal, el Informe del Procurador General y demás documentos que obran en el expediente, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. Los Jueces Asociados señores Hernández Denton, Corrada del Río y Rivera Pérez no intervinieron.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina